UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOADHOLT, | Case No. 1:24-cv-000832-HBK (PC) |
| Plaintiff, | ORDER TRANSFERING CASE TO SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA AND CLOSING CASE IN FRESNO DIVISION |
| v. | |
| JEFF DIRKSE, | |
| Defendant. | |

Plaintiff, a prisoner, initiated this *pro se* action by filing a civil rights complaint under 42 U.S.C. § 1983 accompanied with an application to proceed *in forma pauperis* on July 18, 2024 (Doc. Nos. 1, 2). Because the events giving rise to the cause of action occurred in Stanislaus County Public Safety Center, which is in Stanislaus County, Plaintiff should have filed his complaint in the Sacramento Division of this Court. *See* 28 U.S.C. § 1391(b); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a § 1983 action). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the correct court. The Court finds it in the interests of justice to transfer this case to the Sacramento Division under 28 U.S.C. § 1406(a) and Local Rule 120(f).

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to transfer this action to the Sacramento Division of

this Court and close the case in this division.

    2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

    3.  This Court defers rulings on Plaintiff's request to proceed *in forma pauperis* (Doc. No. 2) to the transferee court.

Dated:   July 20, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2